STATE v. C. G. CALL.

(Filed 14 December, 1932.)

APPEAL by defendant from *McElroy, J.,* at August Term, 1932, of DAVIE. No error.

*Attorney-General Brummitt and Assistant Attorney-General Seawell for the State.*
*B. C. Brock for defendant.*

PER CURIAM. The defendant was indicted in six counts for a violation of the liquor law. The jury returned this verdict: "We find the defendant guilty." We have considered the exceptions and have found no error in the trial.

No error.